IN THE CIRCUIT COURT FOR THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| LUIS MARQUEZ,<br><br>Plaintiffs<br><br>v.<br><br>JOSEPH GIBSON; and JOHN DOES 1-25.<br><br>Defendants | Case No.<br><br>COMPLAINT<br><br>(Defamation)<br><br>Damages: $161,000<br>Filing Fee Subject to ORS 21.160(1)(c)<br>(Not Subject to Mandatory Arbitration)<br><br>Jury Trial Demanded |

Plaintiffs alleges:

**INTRODUCTION**

1.

Mr. Marquez has participated in Portland activism since 2016, advancing causes such as advocacy for the houseless, immigrants, and other marginalized communities. Following the election of Donald Trump far-right extremists have rallied across the country for the causes of white supremacy, white nationalism, and general xenophobia. Because of Mr. Marquez's outspoken criticism of right-wing politics, Defendant Joseph "Joey" Gibson has targeted Mr. Marquez for intimidation and defamation. Defendant Joseph Gibson then uses his media platforms to initiate conflicts and solicit donations for himself.

Page 1 of 4                    COMPLAINT

EXHIBIT  1
PAGE  1  OF  4

Juan C. Chavez
OSB 136428
jchavez@ojrc.info
PO Box 5248
Portland, OR 97208

## PARTIES

2.

Luis Marquez is a citizen of Multnomah County, Oregon.

3.

Defendant Joseph "Joey" Gibson is a resident of Washington State who runs, operates, and fundraises for Patriot Prayer USA, LLC. Defendant Gibson has operated Patriot Prayer activities prior to Patriot Prayer USA, LLC's incorporation.

4.

Plaintiff does not know the names of Defendants John Does 1-25, so he is suing them under fictitious names. Defendants John Does 1-25 are any person who knowingly defamed Mr. Marquez, or conspired with Defendant Gibson to defame him.

## COUNT 1: DEFAMATION

5.

Mr. Marquez has participated in protests against Patriot Prayer rallies since 2016.

6.

Mr. Gibson has used Facebook to promote his own financial interests and political causes. Part of his strategy relies on sowing fear of his political enemies, emboldening his followers to commit violent acts against them.

7.

Mr. Gibson has stoked fear of Mr. Marquez, both in calling him the "leader" of "Antifa" and in calling him a child molester, a drug addict, and a rapist.

///

///

Page 2 of 4   COMPLAINT

EXHIBIT  1
PAGE  2  OF  4

Juan C. Chavez
OSB 136428
jchavez@ojrc.info
PO Box 5248
Portland, OR 97208

8.

In one video, dated June 8th, 2018, speaking to his Facebook audience, Mr. Gibson stated that "Luis is a pedophile... He hangs around with little boys. I've seen—I've had little boys come and talk to us and tell us what he does to them. He does dirty things to them. He is a straight up pedophile. I mean, you can tell by looking at him, but we have had several people come up and tell me that, okay. So if you're a little boy, stay away from Luis. Trust me. You will regret it. If you are a little boy, do not join 'Antifa.' Do not join 'Antifa.' You will be molested over and over again. Especially by Luis. He is a straight up pedophile." Mr. Gibson ends the video by stating, "I don't care. Bring the slander lawsuit."

9.

Mr. Gibson's statements in this video, and in other statements made by him regarding Mr. Marquez, are false. Mr. Gibson cannot prove the truth of the matters asserted against Mr. Marquez in this video, and in his other statements alleging that Mr. Marquez is a pedophile.

10.

Mr. Gibson knowingly published this video to his Facebook audience of, at the time of filing, approximately 11,398 followers. The Patriot Prayer Facebook page he operates has 22,973 followers.

11.

As these false statements allege criminal behavior, they necessarily impugn Mr. Marquez's moral turpitude, and thus are *per se* defamatory.

12.

Since levying these falsities against Mr. Marquez, he has suffered repeated, unwanted contacts and threats of violence against himself. Mr. Marquez's home has been vandalized,

Page 3 of 4   COMPLAINT   EXHIBIT 1   PAGE 3 OF 4

Juan C. Chavez
OSB 136428
jchavez@ojrc.info
PO Box 5248
Portland, OR 97208

and he lives in fear of additional violence by Mr. Gibson's followers. This experience has made him suffer emotionally.

13.

Plaintiff now seeks damages not to exceed $161,000 for compensatory damages owing to the economic, and non-economic damages resulting from the damage to his home, emotional distress, and special damages that result from this attack on his character, and punitive damages where needed to deter this tortious conduct. Plaintiffs also seek an order enjoining Defendant from entering within a reasonable distance of him, and from further defaming him. Plaintiffs should be awarded their costs, including expert fees, against defendants.

WHEREFORE, Plaintiffs prays for their costs and disbursements incurred herein and for the following in accordance with the proof at trial:

1. Economic damages;

2. Non-economic damages;

3. Injunctive relief; and

4. Any other relief the court deems proper.

DATED: May 31, 2019.

/s/ Juan C. Chavez
Juan C. Chavez, OSB #136428
jchavez@ojrc.info

Oregon Justice Resource Center
(503) 944-2270

/s/ John Schlosser
John Schlosser, OSB # 104959
jesattorney@gmail.com